IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-723C

(Filed: December 19, 2006)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's First Unopposed Motion for Enlargement of Time and its Motion to Correct that motion, both filed December 14, 2006. Defendant requests an enlargement of thirty days, to January 18, 2007, to file a response to plaintiff's complaint. Plaintiff does not oppose this motion.

For good cause shown, defendant's motions are GRANTED. The government shall file its response to the complaint on or before January 18, 2007.

It is so ORDERED.

s/ Charles. F. Lettow
Charles F. Lettow
Judge