IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-723C

(Filed: January 16, 2007)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Second Unopposed Motion for Enlargement of Time, filed January 12, 2007. Defendant requests an enlargement of time to and including February 5, 2007, to file a response to plaintiff's complaint.

For good cause shown, defendant's motion is GRANTED. The government shall file its response to the complaint on or before February 5, 2007.

It is so ORDERED.

s/ Charles. F. Lettow
Judge